<mark>Case 2:23-mj-00055-kjd   Document 29   Filed 09/15/23   Page 1 of 1</mark>

AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 SEP 15 PM 1:52

[Clerk signature]
BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Britny Parris | ) | Case No. 2:23-mj-00055-2 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/15/23

_____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name and bar number of defendant's attorney

_____
Address of defendant's attorney

_____
E-mail address of defendant's attorney

_____
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney