AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 SEP 21 PM 4: 06
CLERK
BY _____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| BRITNY PARRIS | ) Case No. 2:23-mj-55 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRITNY PARRIS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Between April 2023 and the present, the defendant knowingly and intentionally conspired with others in the District of Vermont to distribute and possess with intent to distribute controlled substances, including fentanyl, in violation of 21 U.S.C. §§ 846 and 841.

Date: 8/28/23

_Ken J. Doyle_
Issuing officer's signature

City and state: BURLINGTON, VT

Kevin J. Doyle, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)* 8/28/2023, and the person was arrested on *(date)* 09/06/2023
at *(city and state)* Newport, VT.

Date: 09/21/2023

_David A. Rice_
Arresting officer's signature

David A. Rice  DUSM
Printed name and title

* on behalf of ATF/Newport PD